W. JONES, J.,
specially concurring.
I concur in the majority Opinion that the Products Completed Operations Hazard Endorsement excludes insurance coverage in this case, and I also concur with the Majority that the Designated Premises or Project Endorsement is written in the disjunctive as noted by the Majority and with the conclusion that the Project portion of the Endorsement does not exclude coverage. I write separately only to point out that the district court apparently believed that the Designated Premises portion of the Endorsement precluded coverage simply because the “bodily injury” occurred off the premises owned or used by the insured. I simply want to express my opinion that the fact that the injury occurred off the Designated Premises is not conclusive as to whether that portion of the Endorsement excludes coverage or not. Other factors must be considered besides the location at which the injury occurred to determine whether the Designated Premises portion of the Endorsement does or does not bar coverage. The Majority seems to express no opinion on that particular issue; rather, it focuses on the fact that the Project portion of the Endorsement is a different matter and does not bar coverage. I write this concurrence only to alert readers explicitly that the Majority does not appear to express any opinion on the Designated Premises portion of the Endorsement and neither do I.